Agnes V. Russell, a Stockholder in Her Own Behalf as Well as on Behalf of All Other Stockholders of The Vincent Lopez Enterprises, Inc., Who May Join, Respondent, v. Vincent Lopez, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

Francis K. Gundlach, in His Own Behalf and on Behalf of All of the Stockholders of the Consolidated Edison Company of New York, Inc., etc., v. Consolidated Edison Company of New York, Inc., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Charles Forcier for Compensation as a Material Witness. The People of the State of New York v. Salvatore Andenocci and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Carll Smith Chace v. Eleanor Upton Chace.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Raymond G. Adrian v. Clara J. Adrian, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Mae O'Hanlon, as Administratrix, etc., of James J. O'Hanlon, Deceased, v. Thomas E. Murray, as Receiver of the Interborough Rapid Transit Co.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Gertrude S. Kraus for an Order Directing Walter S. Mack, Jr., and Marion R. Mack, Owners of Premises No. 14 East 94th Street, Borough of Manhattan, City of New York, to Produce and Make Available All Records and Data with Respect to the Income and Disbursements of Said Premises, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of a Proposal or Plan by Mortgage Commission of the State of New York to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as No. 731 to 735 West 183rd Street, Borough of Manhattan, City of New York, Securing Mortgage Investments Issued and Guaranteed by Lawyers Mortgage Company and Designated as Mortgage No. 17504. In the Matter of an Application of Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Mortgage Company, to Compel the Trustee to Register Certificate No. 141 of Lawyers Mortgage Company Series No. 17504. Alexander Rubin, Trustee of Lawyers Mortgage Company Series No. 17504.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Lerneda Holding Corp. v. Kable News Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.